856 F.2d 184
 Martin (Gail A.)
v.
U.S., Commonwealth of Pennsylvania, County of Luzerne,
Township of Jackson, Borough of Dallas, Harvey, Leonard D.,
Lyons, Ed, Smith, Douglas, Kasko, Andrew, Leedock, Jerome,
Gillespi, Robert, Anders, Bruce K. Sincavage, Allyn,
Jagodinski, Frank, Luzerne County, Pennsylvania Prison
Guards, Luzerne County, Pennsylvania Sheriffs Deputy(s),
11th Judicial District, Court of Common Pleas, Administrator,
 NO. 88-5071
 United States Court of Appeals,
Third Circuit.
 JUL 05, 1988
 
 Appeal From: M.D.Pa.,
 Nealon, J.
 
 
 1
 AFFIRMED.